UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILHITE, | No. 2:19-cv-0836 KJN P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel and in forma pauperis. On July 18, 2019, the court authorized service of plaintiff's complaint via the E-Service pilot program. (ECF No. 5.) The Office of the Attorney General, by special appearance, seeks an extension of time to file waivers of service. Upon review of the request, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Defendant Martel's request for an extension of time to file waivers of service (ECF No. 13) is granted; and

2. Defendant Martel is granted an extension of time in which to file an e-service waiver, up to and including October 25, 2019.

Dated: September 26, 2019

/wilh0836.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE