UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN WILHITE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>    Defendants. | No. 2:19-cv-0836 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On November 7, 2019, defendant Martel filed a request, stating: "After conducting the required investigation," defendant requests to opt out of the alternative dispute resolution, and asks that all ADR-related deadlines be set aside. (ECF No. 18 at 1.) However, as stated in the October 24, 2019 order, there is a presumption that all post-screening civil rights cases assigned to the undersigned will proceed to settlement conference. Parties may not simply request to opt out without demonstrating that opting out is warranted. Thus, defendant Martel's request is denied without prejudice to its renewal upon a proper showing, i.e. why a settlement conference would not be fruitful in this case.

In accordance with the above, IT IS HEREBY ORDERED that defendant Martel's request to opt out (ECF No. 18) is denied without prejudice.

Dated: November 15, 2019

/wilh0836.denopt

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE